# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO DOMESTIC | : | No. 607 |
| | : | |
| RELATIONS PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 27th day of August, 2014, Walter J. McHugh, Esquire, Philadelphia, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing September 1, 2014.